NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CLEAR FORM

Gluck Law Firm, PC
Jeffrey Gluck
16950 Via De Santa Fe, Rancho Santa Fe, CA 92067
Erikson Law Group
David Alden Erikson
Antoinette Waller
200 N. Larchmont Blvd. Los Angeles, CA 90004

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA PERRY, an individual; LARISSA MARTINEZ an individual; and JAY BARON an individual;<br>Plaintiff(s),<br>v.<br>SHEIN DISTRIBUTION CORPORATION et al<br>Defendant(s) | CASE NUMBER:<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Plaintiffs KRISTA PERRY, LARISSA MARTINEZ, and JAY BARON
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| KRISTA PERRY | Plaintiff |
| LARISSA MARTINEZ | Plaintiff |
| JAY BARON | Plaintiff |
| SHEIN DISTRIBUTION CORPORATION | Defendant |
| ROADGET BUSINESS PTE. LTD | Defendant |
| ZOETOP BUSINESS COMPANY, LIMITED | Defendant |
| DOES 1-10 inclusive | Defendant |

7/11/2023
Date

Signature

Attorney of record for (or name of party appearing in pro per):

David A. Erikson