1 | STEVEN A. MARENBERG (SB# 101033)
stevenmarenberg@paulhastings.com
2 | SUSAN K. LEADER (SB# 216743)
susanleader@paulhastings.com
3 | ALI R. RABBANI (SB# 253730)
alirabbani@paulhastings.com
4 | KIAURA CLARK (SB# 336314)
kiauraclark@paulhastings.com
5 | **PAUL HASTINGS LLP**
1999 Avenue of The Stars
6 | Los Angeles, California 90067
Telephone:  (310) 620-5700
7 | Facsimile:  (310) 620-5899

8 | *Attorneys for Defendants*

9

10

11

12

13 | UNITED STATES DISTRICT COURT

14 | CENTRAL DISTRICT OF CALIFORNIA

15

16

17

18 | KRISTA PERRY, an individual;
LARISSA MARTINEZ, an
19 | individual; and JAY BARON, an
individual,
20 |                 Plaintiffs,

21 |         v.

22 | SHEIN DISTRIBUTION
CORPORATION, a Delaware
23 | corporation; ROADGET BUSINESS
PTE. LTD; ZOETOP BUSINESS
24 | COMPANY, LIMITED; and DOES
1-10 inclusive.
25
                Defendants.
26

27

28

CASE NO. 2:23-cv-05551

**JOINT STIPULATION AND
[PROPOSED] ORDER REGARDING
FILING OF PLAINTIFFS' FIRST
AMENDED COMPLAINT AND
DEFENDANTS' DEADLINE TO
RESPOND**

Hon. Mark C. Scarsi

1     This Stipulation is made and entered into by and among Plaintiffs Krista

2 Perry, Larissa Martinez, and Jay Baron (collectively, "Plaintiffs") and Defendants

3 Shein Distribution Corporation, Roadget Business Pte. Ltd., and Zoetop Business

4 Company, Limited (collectively, "Defendants," and together with Plaintiffs, the

5 "Parties"), through their respective counsel, with reference to the following:

6     WHEREAS, on July 11, 2023, Plaintiffs filed their initial Complaint against

7 Defendants in this action (ECF. No. 1);

8     WHEREAS, on July 28, 2023, Defendants agreed to waive service of a

9 summons in this action, and, as a result, Defendants' current deadline to respond to

10 the Complaint is September 26, 2023;

11     WHEREAS, on September 12, 2023, the Parties met and conferred pursuant

12 to Local Rule 7-3 to discuss Defendants' contemplated motion to dismiss Plaintiffs'

13 RICO claim pursuant to Fed. R. Civ. P. 12(b)(6) and motion to strike portions of

14 the Complaint pursuant to Fed. R. Civ. P. 12(f);

15     WHEREAS, after discussing the grounds for Defendants' contemplated

16 motions, Plaintiffs stated their intent to amend their Complaint as a matter of course

17 to, among other things, add further allegations regarding their RICO claim and

18 additional plaintiffs;

19     WHEREAS, the Parties believe that, in order to conserve the Court's and the

20 Parties' resources, good cause exists to defer Defendants' deadline to respond to the

21 initial Complaint until after Plaintiffs have filed their First Amended Complaint and

22 to enter a briefing schedule governing any motion(s) filed by Defendants;

23     WHEREAS, the Parties have not sought any other extensions of time in this

24 action; and

25     WHEREAS, the Parties do not seek to reset these dates for the purpose of

26 delay, and the proposed modification will not affect any additional pre-trial and trial

27 dates, which have not yet been set by the Court.

28

1    IT IS HEREBY STIPULATED AND AGREED, by and among the Parties,

2  subject to approval of the Court, as follows:

3    1.    Plaintiffs shall have 21 days from the date this Stipulation is approved

4  by the Court to file a First Amended Complaint;

5    2.    Defendants shall have 21 days to answer, move against, or otherwise

6  respond to the First Amended Complaint;

7    3.    Plaintiffs shall have 30 days to file their opposition to any motion(s)

8  filed by Defendants;

9    4.    Defendants shall have 30 days to file their reply in support of any

10  motion(s); and

11    5.    Nothing in this stipulation shall be construed as a waiver of any of

12  Defendants' rights or defenses.

13    IT IS SO STIPULATED.

14
15   DATED:  September 19, 2023    PAUL HASTINGS LLP

16

17                                By: /s/ Steven A. Marenberg
                                      Steven A. Marenberg
18
19                                *Attorneys for Defendants*

20   DATED:  September 19, 2023    ERIKSON LAW GROUP

21

22                                By: /s/ David A. Erikson
                                      David A. Erikson
23
24                                *Attorneys for Plaintiffs*

25                                **ATTESTATION**

26    Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all

27  signatories listed concur in this filing's content and have authorized this filing.

28