1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA PERRY, an individual; LARISSA MARTINEZ, an individual; and JAY BARON, an individual,<br><br>            Plaintiffs,<br><br>  v.<br><br>SHEIN DISTRIBUTION CORPORATION, a Delaware corporation; ROADGET BUSINESS PTE. LTD; ZOETOP BUSINESS COMPANY, LIMITED; and DOES 1-10 inclusive.<br><br>            Defendants. | CASE NO. 2:23-cv-05551<br><br>**[PROPOSED] ORDER REGARDING FILING OF PLAINTIFFS' FIRST AMENDED COMPLAINT AND DEFENDANTS' DEADLINE TO RESPOND** |

## [PROPOSED] ORDER

Plaintiffs Krista Perry, Larissa Martinez, and Jay Baron (collectively, "Plaintiffs") and Defendants Shein Distribution Corporation, Roadget Business Pte. Ltd., and Zoetop Business Company, Limited (collectively, "Defendants," and together with Plaintiffs, the "Parties"), having stipulated, through their respective counsel, to a schedule providing for the filing of a First Amended Complaint by Plaintiffs and a deadline for a response thereto by Defendants, and for good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. Plaintiffs shall have 21 days from the date of this Order to file a First Amended Complaint;

2. Defendants shall have 21 days to answer, move against, or otherwise respond to the First Amended Complaint;

3. Plaintiffs shall have 30 days to file their opposition to any motion(s) filed by Defendants;

4. Defendants shall have 30 days to file their reply in support of any motion(s); and

5. Nothing in this stipulation shall be construed as a waiver of any of Defendants' rights or defenses.

**IT IS SO ORDERED.**

DATED:                         By: _____
                                   HONORABLE MARK C. SCARSI
                                   UNITED STATES DISTRICT JUDGE