| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Steven A. Marenberg (SB# 101033)<br>Susan K. Leader (SB# 216743)<br>Ali R. Rabbani (SB# 253730)<br>Kiaura Clark (SB# 336314)<br>Paul Hastings LLP<br>1999 Avenue of the Stars, Ste. 2700<br>Los Angeles, CA  90067<br>Tel:  (310) 620-5700<br>ATTORNEY(S) FOR: Defendants | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA PERRY, an individual; LARISSA MARTINEZ, an individual; and JAY BARON, an individual,<br><br>Plaintiff(s),<br>v.<br>SHEIN DISTRIBUTION CORPORATION, a Delaware corporation; ROADGET BUSINESS PTE. LTD; ZOETOP BUSINESS COMPANY, LIMITED; and DOES 1-10 inclusive.<br>Defendant(s) | CASE NUMBER:<br>2:23-cv-05551<br><br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendants
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Krista Perry | Plaintiff |
| Larissa Martinez | Plaintiff |
| Jay Baron | Plaintiff |
| Shein Distribution Corporation | Defendant |
| Roadget Business Pte. Ltd. | Defendant |
| Zoetop Business Company, Limited | Defendant |

| | |
|---|---|
| October 13, 2023<br>Date | /s/ Steven A. Marenberg<br>Signature<br>Steven A. Marenberg<br><br>Attorney of record for (or name of party appearing in pro per):<br><br>Defendants |

CV-30 (05/13)                                                                                   NOTICE OF INTERESTED PARTIES