STEVEN A. MARENBERG (SB# 101033)
stevenmarenberg@paulhastings.com
SUSAN K. LEADER (SB# 216743)
susanleader@paulhastings.com
ALI R. RABBANI (SB# 253730)
alirabbani@paulhastings.com
KIAURA CLARK (SB# 336314)
kiauraclark@paulhastings.com
**PAUL HASTINGS LLP**
1999 Avenue of The Stars, 27th Floor
Los Angeles, California 90067
Telephone:  (310) 620-5700
Facsimile:  (310) 620-5899

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA PERRY, an individual; LARISSA MARTINEZ, an individual; and JAY BARON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SHEIN DISTRIBUTION CORPORATION, a Delaware corporation; ROADGET BUSINESS PTE. LTD; ZOETOP BUSINESS COMPANY, LIMITED; and DOES 1-10 inclusive.<br><br>Defendants. | CASE NO. 2:23-cv-05551<br><br>**DEFENDANTS SHEIN DISTRIBUTION CORPORATION, ROADGET BUSINESS PTE., LTD, AND ZOETOP BUSINESS CO., LIMITED'S CORPORATE DISCLOSURE STATEMENT**<br><br>Judge:           Hon. Mark C. Scarsi<br>Action Filed:  July 11, 2023 |

CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants Shein Distribution Corporation ("SDC"), Roadget Business Pte., Ltd. ("Roadget"), and Zoetop Business Co., Ltd. (collectively, "Defendants") certifies that:

1) SDC is a Delaware corporation whose indirect operating parent is Roadget, and no publicly held corporation owns 10% or more of SDC's stock;

2) Roadget is a private Singapore Company with no publicly held affiliates, and no publicly held corporation owns 10% or more of Roadget's stock; and

3) Zoetop was a private Hong Kong Company with no operating parent company, and no publicly held corporation owns 10% or more of Zoetop's stock; however, Zoetop is no longer in operation.

DATED: October 13, 2023					PAUL HASTINGS LLP

							By: _____
							Steven A. Marenberg
							Attorneys for Defendants