# ATTACHMENT 1



**Attachment 1**
**Page 23**