UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA PERRY, an individual; LARISSA MARTINEZ, an individual; and JAY BARON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SHEIN DISTRIBUTION CORPORATION, a Delaware corporation; ROADGET BUSINESS PTE. LTD; ZOETOP BUSINESS COMPANY, LIMITED; and DOES 1-10 inclusive.<br><br>Defendants. | Case No. 2:23-cv-05551-MCS-JPR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AND SIXTH CLAIMS FOR RELIEF AND MOTION TO STRIKE PORTIONS OF THE COMPLAINT**<br><br>*[Notice of Motion; Memorandum of Points and Authorities in Support thereof filed and served concurrently herewith]*<br><br>Date:      November 20, 2023<br>Time:     9:00 a.m.<br>Place:     Courtroom 7C<br>Judge:    Hon. Mark C. Scarsi |

[PROPOSED] ORDER

This matter comes before the Court on Defendants Shein Distribution Corporation, Roadget Business Pte. Ltd., and Zoetop Business Company, Limited's (collectively, "Defendants") Motion to Dismiss Plaintiffs' Third and Sixth Claims for Relief and Motion to Strike Portions of the Amended (the "Motions"). Upon consideration of the Motions, the files and records in this action, and the argument of counsel, and for good cause having been shown:

IT IS HEREBY ORDERED that Defendants' Motions are GRANTED in their entirety, and it is FURTHER ORDERED as follows:

1. Plaintiffs' Third and Sixth Claims for Relief in the Complaint are DISMISSED WITH PREJUDICE; and

2. The following allegations are STRICKEN from the Complaint:

- Compl. ¶ 1 at page 1, lines 7-10 (alleging that Shein is a "societal threat" contributing to "environmental damage, sweatshop (or worse) labor conditions, tax avoidance, child safety");
- *Id.* ¶ 1 at page 1 n.1, lines 15-18 (alleging that the "dangers posed by Shein" include "exploitation of trade loopholes" and "forced labor");
- *Id.* ¶ 2 at page 2, lines 1-4 (alleging that Shein "survives grave reports of slave labor");
- *Id.* ¶ 2 at page 2, lines 11-13, and page 3, line 1 (alleging that Shein sells "Swastikas");
- *Id.* ¶¶ 25-27 (alleging that Shein has been criticized regarding "Forced Labor," "Other labor violations," "Health hazards," "Environmental impact," and "Tax avoidance");
- *Id.* ¶ 30 at page 14, line 11 (alleging that Shein's products are "cut and sewn in a sweatshop");
- *Id.* ¶ 33 at page 16, line 2 (alleging that Shein "employs the sweatshop" version of a design process); and
- *Id.* ¶ 39 at page 18, lines 17-18 (alleging that Shein uses "questionable labor practices").

**IT IS SO ORDERED.**

DATED:

_____
HON. MARK C. SCARSI
United States District Judge