**GLUCK LAW FIRM**
Jeffrey S. Gluck (SBN 304555)
Jeff@Gluckip.com
16950 Via De Santa Fe
Rancho Santa Fe, CA 92067
Telephone: 310 776 7413

**ERIKSON LAW GROUP**
David Alden Erikson (SBN 189838)
david@daviderikson.com
Antoinette Waller (SBN 152895)
antoinette@daviderikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KRISTA PERRY, an individual; LARISSA MARTINEZ an individual; and JAY BARON an individual;<br><br>Plaintiffs,<br><br>v.<br><br>SHEIN DISTRIBUTION CORPORATION, a Delaware corporation; ROADGET BUSINESS PTE. LTD; ZOETOP BUSINESS COMPANY, LIMITED; and DOES 1-10 inclusive.<br><br>Defendants. | Case No. 2:23-cv-05551-MCS-JPR<br>Hon. Mark C. Scarsi<br><br>**NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS [DKT 21] AND INTENT TO FILE AMENDED COMPLAINT IN ACCORDANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 15(a)(1)**<br><br>Complaint Filed: July 11, 2023 |

Plaintiffs Krista Perry, Larissa Martinez, and Jay Baron hereby report that they will not be filing an opposition to Defendants' Motion to Dismiss brought under Federal Rule of Civil Procedure Rule 12(b)(6) (Docket 21) (the "Motion"). Instead, Plaintiffs intend to file an amended complaint in accordance with Federal Rule of Civil Procedure 15(a)(1)(B). Plaintiff will timely file their amended complaint by November 3, 2023, 21 days after the Motion was filed and served.

DATED: October 30, 2023    ERIKSON LAW GROUP

By:  /s/ *David A. Erikson*_____
　　DAVID A. ERIKSON
Attorneys for Plaintiffs