1  STEVEN A. MARENBERG (SB# 101033)
   stevenmarenberg@paulhastings.com
2  SUSAN K. LEADER (SB# 216743)
   susanleader@paulhastings.com
3  ALI R. RABBANI (SB# 253730)
   alirabbani@paulhastings.com
4  KIAURA CLARK (SB# 336314)
   kiauraclark@paulhastings.com
5  **PAUL HASTINGS LLP**
   1999 Avenue of the Stars, 27th Floor
6  Los Angeles, California 90067
   Telephone:  (310) 620-5700
7  Facsimile:  (310) 620-5899

8  *Attorneys for Defendants*
   *Shein Distribution Corporation,*
9  *Roadget Business Pte. Ltd., and*
   *Zoetop Business Company, Limited*
10

11

12                    UNITED STATES DISTRICT COURT

13                   CENTRAL DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  KRISTA PERRY, an individual; LARISSA MARTINEZ, an individual; 16  JAY BARON, an individual; RACHEL PFEFFER, an individual; DIRT BIKE 17  KIDZ, Inc., a California corporation; ESTELLEJOYLYNN, LLC, a New 18  Jersey limited liability company; JESSICA LOUISE THOMPSON 19  SMITH, an individual; and LIV LEE, an individual, 20  Plaintiffs, 21  v. 22  SHEIN DISTRIBUTION 23  CORPORATION, a Delaware corporation; SHEIN FASHION 24  GROUP, INC.; ROADGET BUSINESS PTE. LTD; ZOETOP BUSINESS 25  COMPANY, LIMITED; CHRIS XU; and DOES 1-10 inclusive. 26  Defendants. | Case No. 2:23-cv-05551-MCS-JPR  **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' THIRD AND TWELFTH CLAIMS FOR RELIEF AND MOTION TO STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT**  *[Memorandum of Points and Authorities; [Proposed] Order Submitted Concurrently Herewith]*  Date:     January 22, 2024 Time:     9:00 a.m. Place:    Courtroom 7C Judge:    Hon. Mark C. Scarsi |

27

28

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AND STRIKE

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on January 22, 2024, at 9:00 a.m., or as soon thereafter as the parties may be heard, in the United Stated District Court for the Central District of California, located at 350 West First Street, Los Angeles, California, before the Honorable Mark C. Scarsi in Courtroom 7C, Defendants Shein Distribution Corporation, Roadget Business Pte. Ltd., and Zoetop Business Company, Limited (collectively, "Defendants") will and hereby do move the Court for an order dismissing with prejudice Plaintiffs Krista Perry, Larissa Martinez, Jay Baron, Rachel Pfeffer, Dirt Bike Kidz, Inc., EstelleJoyLynn, LLC, Jessica Louise Thompson Smith, and Liv Lee's (collectively, "Plaintiffs") Third and Twelfth Claims for Relief of the First Amended Complaint ("FAC") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the following grounds:

- <u>Twelfth Claim for Relief</u>:  Plaintiffs fail to state a RICO claim because (i) garden variety copyright infringement claims, like those alleged by Plaintiffs here, cannot serve as predicate acts to establish a RICO violation, regardless of whether the predicate act is styled as criminal copyright infringement or wire fraud, (ii) Plaintiffs do not, and cannot sufficiently plead a wire fraud violation,  (iii) Plaintiffs do not, and cannot, adequately allege proximate causation as required by the RICO statute, and (iv) Plaintiffs fail to adequately allege that each of the Defendants conducted or participated in the conduct of a RICO enterprise; and

- <u>Third Claim for Relief</u>:  Plaintiff Baron fails to state a copyright infringement claim because his alleged artwork is not protectable under copyright law.

Additionally, Defendants will and hereby do move the Court to strike the certain portions of Plaintiffs' FAC as immaterial, impertinent, and scandalous pursuant to Rule 12(f) of the Federal Rules of Civil Procedure.  Specifically,

Defendants will and hereby move to have the following matters stricken from the FAC:

- FAC ¶ 1 at page 1, lines 12-15 (alleging that Shein is a "societal threat" contributing to "environmental damage, sweatshop (or worse) labor conditions, tax avoidance, child safety");
- *Id.* ¶ 1 at page 1 n.1, lines 21-23 (alleging that the "dangers posed by Shein" include "exploitation of trade loopholes" and "forced labor");
- *Id.* ¶ 2 at page 2, lines 1-4 (alleging that Shein "survives grave reports of slave labor");
- *Id.* ¶ 2 at page 2, lines 10-13, and page 3, line 1 (alleging that Shein sells "Swastikas");
- *Id.* ¶¶ 32-34 at pages 12-13 (alleging that Shein has been criticized regarding "Forced Labor," "Other labor violations," "Health hazards," "Environmental impact," and "Tax avoidance");
- *Id.* ¶ 37 at page 15, line 12 (alleging that Shein's products are "cut and sewn in a sweatshop");
- *Id.* ¶ 40 at page 16, line 23 (alleging that Shein "employs the sweatshop" version of a design process); and
- *Id.* ¶ 46 at page 19, lines 13-14 (alleging that Shein uses "questionable labor practices").

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the [Proposed] Order Granting Defendants' Motion to Dismiss and Motion to Strike, all papers and records on file in this action, and any matters that may properly come before the Court at or before the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on November 16, 2023.

| | | |
|---|---|---|
| 1 | DATED:  December 1, 2023 | PAUL HASTINGS LLP |

By:/s/ *Steven A. Marenberg*
      Steven A. Marenberg

*Attorneys for Defendants*