STEVEN A. MARENBERG (SB# 101033)
stevenmarenberg@paulhastings.com
SUSAN K. LEADER (SB# 216743)
susanleader@paulhastings.com
ALI R. RABBANI (SB# 253730)
alirabbani@paulhastings.com
KIAURA CLARK (SB# 336314)
kiauraclark@paulhastings.com
**PAUL HASTINGS LLP**
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

*Attorneys for Defendants
Shein Distribution Corporation,
Roadget Business Pte. Ltd.,
Zoetop Business Company, Limited,
and George Chiao*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA PERRY, an individual; LARISSA MARTINEZ, an individual; JAY BARON, an individual; RACHEL PFEFFER, an individual; DIRT BIKE KIDZ, Inc., a California corporation; ESTELLEJOYLYNN, LLC, a New Jersey limited liability company; JESSICA LOUISE THOMPSON SMITH, an individual; LIV LEE, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>SHEIN DISTRIBUTION CORPORATION, a Delaware corporation; ROADGET BUSINESS PTE., LTD; ZOETOP BUSINESS CO., LTD.; SKY XU, a/k/a CHRIS XU, and GEORGE CHIAO.<br><br>Defendants. | Case No. 2:23-cv-05551-MCS-JPR<br><br>Assigned to: Hon. Mark C. Scarsi<br><br>**JOINT STIPULATION TO AMEND COUNT IX OF PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Complaint filed: July 11, 2023<br><br>TAC filed: April 15, 2024 |

This Stipulation is made and entered into by and among Plaintiffs Krista Perry, Larissa Martinez, Jay Baron, Rachel Pfeffer, Dirt Bike Kidz, Inc., Estellejoylynn, LLC, Jessica Louise Thompson Smith, and Liv Lee (collectively, "Plaintiffs") and Defendant George Chiao ("Mr. Chiao," and together with Plaintiffs, the "Parties"), through their respective counsel, with reference to the following:

WHEREAS, Plaintiffs filed their Third Amended Complaint ("TAC") on April 15, 2024, which added Mr. Chiao as a named defendant and asserted twelve claims for relief against him, including Count IX for Removal of Copyright Management Information in Violation of the Digital Millenium Copyright Act ("Count IX") (ECF No. 52);

WHEREAS, on June 17, 2024, Mr. Chiao filed a Motion to Dismiss Plaintiffs' TAC, which sought to dismiss all claims Plaintiffs asserted against him, including Count IX ("Mr. Chiao's Motion to Dismiss") (ECF No. 62);

WHEREAS, on November 8, 2024, the Court entered an order ("Order") granting in part Mr. Chiao's Motion to Dismiss with respect to Counts I-VIII and X-XI, denying Mr. Chiao's Motion to Dismiss with respect to Counts IX and XII, and granting Plaintiffs leave to file a further amended complaint within 14 days of the Order (ECF No. 70);

WHEREAS, on November 20, 2024, the Parties met and conferred pursuant to Local Rule 7-3 to discuss Mr. Chiao's intent to file a motion for reconsideration of the Order with respect to Count IX only;

WHEREAS, Count IX is a claim for Removal of Copyright Management Information in Violation of the Digital Millennium Copyright Act (17 U.S.C 1202(b)) (the "DMCA Claim") asserted by Plaintiff Estellejoylynn, LLC against all Defendants;

WHEREAS, Plaintiffs do not concede or agree that there is any basis for Mr. Chiao's stated intended motion for reconsideration of the Order with respect to Count IX;

WHEREAS, the Parties have agreed that to preserve the Court's and the Parties' resources, in lieu of Mr. Chiao filing a motion for reconsideration, and without making any other change to the TAC or the claims asserted therein, and without prejudice to assertion of the DMCA Claim, or any other claim, Plaintiff Estellejoylynn, LLC will withdraw Count IX against Mr. Chiao only and the Parties will deem the TAC amended so that Count IX is no longer asserted against Mr. Chiao, but remains pending against all defendants other than Mr. Chiao.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, as follows:

1. Plaintiff Estellejoylynn, LLC agrees to withdraw Count IX against Mr. Chiao only;

2. Plaintiffs' TAC is deemed amended so that Count IX (TAC ¶¶ 186-193) is no longer asserted against Mr. Chiao, but remains pending against all other defendants;

3. Nothing in this stipulation shall be construed as a waiver of any of Plaintiffs' or Defendants' rights or defenses.

IT IS SO STIPULATED.

DATED: November 22, 2024   PAUL HASTINGS LLP

By: */s/ Ali R. Rabbani*
Ali R. Rabbani

*Attorneys for Defendants*

DATED: November 22, 2024   WOOLLS PEER DOLLINGER & SCHER

By: */s/ Antoinette Waller*
Antoinette Waller

*Attorneys for Plaintiffs*

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed concur in this filing's content and have authorized this filing.