STEVEN A. MARENBERG (SB# 101033)
stevenmarenberg@paulhastings.com
ALI R. RABBANI (SB# 253730)
alirabbani@paulhastings.com
KIAURA CLARK (SB# 336314)
kiauraclark@paulhastings.com
**PAUL HASTINGS LLP**
1999 Avenue of the Stars, 27th Floor
Los Angeles, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

*Attorneys for Defendants
Shein Distribution Corporation,
Roadget Business Pte. Ltd.,
Zoetop Business Company, Limited,
and George Chiao*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTA PERRY, an individual; LARISSA MARTINEZ, an individual; JAY BARON, an individual; RACHEL PFEFFER, an individual; DIRT BIKE KIDZ, Inc., a California corporation; ESTELLEJOYLYNN, LLC, a New Jersey limited liability company; JESSICA LOUISE THOMPSON SMITH, an individual; LIV LEE, an Individual, <br><br> Plaintiffs, <br><br> v. <br><br> SHEIN DISTRIBUTION CORPORATION, a Delaware corporation; ROADGET BUSINESS PTE., LTD; ZOETOP BUSINESS CO., LTD.; and GEORGE CHIAO, <br><br> Defendants. | CASE NO. 2:23-CV-05551-MCS-JPR <br><br> **DISCOVERY MATTER** <br><br> **NOTICE OF MOTION AND MOTION TO COMPEL PLAINTIFFS' DISCOVERY RESPONSES AND ENTRY OF A PROTECTIVE ORDER** <br><br> Date:  September 25, 2025 <br> Time:  10:00 a.m. <br> Place:  Courtroom 880 <br> Judge:  Hon. Jean P. Rosenbluth <br><br> Discovery Cutoff: October 6, 2025 <br><br> Pretrial Conference: February 9, 2026 <br><br> Trial: February 24, 2026 |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD**

Please take notice that on September 25, 2025 at 10:00 a.m., or as soon as the matter may be heard, before the Honorable Jean P. Rosenbluth in Courtroom 880 of the Roybal Federal Building and United States Courthouse, located at 255 E. Temple St., Los Angeles, CA, 90012, Defendants will move, and hereby do move, for an order (1) compelling Plaintiffs to (a) produce all documents they have previously agreed to produce, (b) produce all non-privileged documents responsive to Defendants' First Set of Requests for Production Nos. 16, 21, 25, and 27, and (c) supplement their responses to Defendants' First Set of Interrogatories Nos. 1-4 and 6-11, and (2) entering Defendants' proposed protective order.  The parties have met and conferred on these issues pursuant to Local Rule 37-1.

This Motion is based on the accompanying Joint Stipulation pursuant to Local Rule 37-2, the Declaration of Ali R. Rabbani and the exhibits thereto, the files and records related to this case, and on such further argument that may be submitted to the Court.

DATED: August 27, 2025

Respectfully submitted:

By: */s/ Ali R. Rabbani*
Ali R. Rabbani

Attorney(s) for Defendants