STEVEN A. MARENBERG (SB# 101033)
stevenmarenberg@paulhastings.com
ALI R. RABBANI (SB# 253730)
alirabbani@paulhastings.com
KIAURA CLARK (SB# 336314)
kiauraclark@paulhastings.com
**PAUL HASTINGS LLP**
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

*Attorneys for Defendants
Shein Distribution Corporation,
Roadget Business Pte. Ltd.,
Zoetop Business Company, Limited,
and George Chiao*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA PERRY, an individual; LARISSA MARTINEZ, an individual; JAY BARON, an individual; RACHEL PFEFFER, an individual; DIRT BIKE KIDZ, Inc., a California corporation; ESTELLEJOYLYNN, LLC, a New Jersey limited liability company; JESSICA LOUISE THOMPSON SMITH, an individual; LIV LEE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SHEIN DISTRIBUTION CORPORATION, a Delaware corporation; ROADGET BUSINESS PTE., LTD; ZOETOP BUSINESS CO., LTD.; and GEORGE CHIAO.<br><br>Defendants. | Case No. 2:23-cv-05551-MCS-JPR<br><br>Assigned to: Hon. Mark C. Scarsi<br><br>**JOINT NOTICE OF SETTLEMENT** |

1  TO THE COURT: PLEASE TAKE NOTICE that Plaintiffs Krista Perry, Larissa Martinez, Jay Baron, Rachel Pfeffer, Dirt Bike Kidz, Inc., Estellejoylynn, LLC, Jessica Louise Thompson Smith, and Liv Lee (collectively, "Plaintiffs"), and Defendants Shein Distribution Corporation, Roadget Business Pte., Ltd., Zoetop Business Company, Limited, and George Chiao (collectively, "Defendants") (together, the "Parties") have, at the conclusion of a mediation on September 5, 2025, agreed to the terms of a binding short form settlement agreement (the "Short Form Terms of Settlement"), reached a settlement in full of the above-referenced case. As contemplated by the Short Form Terms of Settlement, a more formal settlement agreement is being circulated between the parties for review and approval. The parties anticipate that within thirty days, the settlement will be documented and completed, and a dismissal of the entire action will be filed.

The Parties therefore jointly request that the Court vacate the trial date and all pretrial dates and deadlines as well as all pending hearing dates.

DATED: September 8, 2025          PAUL HASTINGS LLP

By: /s/ Steven A. Marenberg
    Steven A. Marenberg

*Attorneys for Defendants*

DATED: September 8, 2025          WOOLLS PEER DOLLINGER & SCHER

By: /s/ Antoinette Waller
    Antoinette Waller

*Attorneys for Plaintiffs*

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed concur in this filing's content and have authorized this filing.